IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBVIE INC., ABBVIE LTD. and NEUROCRINE BIOSCIENCES, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. _____ |
| ALKEM LABORATORIES LIMITED, HETERO LABS LIMITED, HETERO LABS LIMITED UNIT-V, HETERO USA INC., LUPIN LIMITED, LUPIN PHARMACEUTICALS, INC., MSN LABORATORIES PRIVATE LTD., MSN LIFE SCIENCES PVT. LTD., MSN PHARMACEUTICALS INC., PRINSTON PHARMACEUTICAL INC., ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD., SOLCO HEALTHCARE US, LLC., SANDOZ INC., SUN PHARMACEUTICAL INDUSTRIES LIMITED, TEVA PHARMACEUTICALS, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., ZENARA PHARMA PRIVATE LIMITED and BIOPHORE INDIA PHARMACEUTICALS PRIVATE LTD., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
<u>INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)</u>**
as to Lupin Limited and Lupin Pharmaceuticals, Inc.

Plaintiffs hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. § 355(j):

| | |
|---|---|
| Date Patentee(s) Received Notice: | September 19, 2022 |
| Date NDA Holder Received Notice: | September 19, 2022 |
| Date of Expiration of U.S. Patent No. 7,056,927: | September 10, 2024* |
| Date of Expiration of U.S. Patent No. 7,419,983: | July 6, 2024** |

| | |
|---|---|
| Date of Expiration of U.S. Patent No. 10,537,572: | September 1, 2036 |
| Date of Expiration of U.S. Patent No. 10,682,351: | September 1, 2036 |
| Date of Expiration of U.S. Patent No. 11,344,551: | March 14, 2034 |
| Hatch-Waxman Regulatory Exclusivity Deadline: | January 23, 2026 |

*The patent applicant has applied for extension of patent term of the '927 patent under 35 U.S.C. § 156 of 1,826 days. Accordingly, the '927 patent will expire on September 10, 2029, if granted the 1,826 days of patent term extension.

**The patent applicant has applied for extension of patent term of the '983 patent under 35 U.S.C. § 156 of 1,826 days. Accordingly, the '983 patent will expire on July 6, 2029, if granted the 1,826 days of patent term extension.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

OF COUNSEL:

Jennifer H. Roscetti
Danielle A. Duszczyszyn
William B. Raich
Constance P. Lee
Ryan V. McDonnell
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC  20001-4431
(202) 408-4000

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs AbbVie Inc., AbbVie Ltd., and Neurocrine Biosciences, Inc.*

October 27, 2022