IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBVIE INC., ABBVIE LTD. and NEUROCRINE BIOSCIENCES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALKEM LABORATORIES LIMITED, HETERO LABS LIMITED, HETERO LABS LIMITED UNIT-V, HETERO USA INC., LUPIN LIMITED, LUPIN PHARMACEUTICALS, INC., MSN LABORATORIES PRIVATE LTD., MSN LIFE SCIENCES PVT. LTD., MSN PHARMACEUTICALS INC., PRINSTON PHARMACEUTICAL INC., ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD., SOLCO HEALTHCARE US, LLC., SANDOZ INC., SUN PHARMACEUTICAL INDUSTRIES LIMITED, TEVA PHARMACEUTICALS, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., ZENARA PHARMA PRIVATE LIMITED and BIOPHORE INDIA PHARMACEUTICALS PRIVATE LTD., <br><br> Defendants. | C.A. No. _____ |

**PLAINTIFF NEUROCRINE'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1(a) and (b)(1) of the Federal Rules of Civil Procedure, Plaintiff Neurocrine Biosciences, Inc. states that it has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

| | |
|---|---|
| OF COUNSEL:<br><br>Jennifer H. Roscetti<br>Danielle A. Duszczyszyn<br>William B. Raich<br>Constance P. Lee<br>Ryan V. McDonnell<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC  20001-4431<br>(202) 408-4000<br><br>October 27, 2022 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ Jeremy A. Tigan<br><br>_____<br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br>mdellinger@morrisnichols.com<br><br>*Attorneys for Plaintiffs AbbVie Inc., AbbVie Ltd., and Neurocrine Biosciences, Inc.* |