IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBVIE INC., ABBVIE LTD., and NEUROCRINE BIOSCIENCES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ALKEM LABORATORIES LIMITED, HETERO LABS LIMITED, HETERO LABS LIMITED UNIT-V, HETERO USA INC., LUPIN LIMITED, LUPIN PHARMACEUTICALS, INC., MSN LABORATORIES PRIVATE LTD., MSN LIFE SCIENCES PVT. LTD., MSN PHARMACEUTICALS INC., PRINSTON PHARMACEUTICAL INC., ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD., SOLCO HEALTHCARE US, LLC., SANDOZ INC., SUN PHARMACEUTICAL INDUSTRIES LIMITED, TEVA PHARMACEUTICALS, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., ZENARA PHARMA PRIVATE LIMITED, and BIOPHORE INDIA PHARMACEUTICALS PRIVATE LTD.,<br><br>Defendants. | C.A. No. 1:22-cv-01423-RGA |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for admission *pro hac vice* of Christopher W. West of the law firm KATTEN MUCHIN ROSENMAN LLP to represent Defendants Lupin Limited and Lupin Pharmaceuticals Inc. in this matter.

1

Dated: April 13, 2023

*Of Counsel:*

Deepro R. Mukerjee
Lance A. Soderstrom
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020
(212) 940-8800
deepro.mukerjee@katten.com
lance.soderstrom@katten.com

Jitendra Malik
Joseph Janusz
**KATTEN MUCHIN ROSENMAN LLP**
550 S. Tryon Street, Suite 2900
Charlotte, NC 28202
(704) 444-2000
jitty.malik@katten.com
joseph.janusz@katten.com

Jillian M. Schurr
**KATTEN MUCHIN ROSENMAN LLP**
525 West Monroe Street
Chicago, IL 60661
(312) 902-5200
jillian.schurr@katten.com

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
jlennon@devlinlawfirm.com

*Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* is granted.

Dated: _____          _____
                                                                    United States District Court Judge

2

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of North Carolina, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been or will be paid to the Clerk's Office.

Dated:

/s/ Christopher W. West
Christopher W. West
KATTEN MUCHIN ROSENMAN LLP
550 South Tryon Street
Suite 2900
Charlotte, NC 28202-4213
(704) 444-2000
christopher.west@katten.com