IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBVIE INC., ABBVIE LTD, and NEUROCRINE BIOSCIENCES, INC.,<br><br>          Plaintiffs,<br><br>    v.<br><br>ALKEM LABORATORIES LIMITED, et al.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 22-1423 (JLH)<br>)  CONSOLIDATED<br>)<br>)<br>)<br>)<br>) |
| ABBVIE INC.,<br><br>          Plaintiff,<br><br>    v.<br><br>HETERO LABS LIMITED, HETERO LABS LIMITED UNIT-V, and HETERO USA INC.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 24-151 (JLH)<br>)<br>)<br>)<br>)<br>)<br>) |
| ABBVIE INC.,<br><br>          Plaintiff,<br><br>    v.<br><br>PRINSTON PHARMACEUTICAL INC., ZHEJIANG HUAHAI PHARMACEUTICAL CO., LTD., and SOLCO HEALTHCARE US, LLC,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 24-152 (JLH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| ABBVIE INC.,<br><br>          Plaintiff,<br><br>    v.<br><br>SUN PHARMACEUTICAL INDUSTRIES LIMITED,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 24-153 (JLH)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| ABBVIE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-154 (JLH) |
| | ) |
| | ) |
| ZENARA PHARMA PRIVATE LIMITED and | ) |
| BIOPHORE INDIA PHARMACEUTICALS | ) |
| PRIVATE LTD., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ~~[PROPOSED]~~ ORDER

WHEREAS, Plaintiffs filed C.A. Nos. 22-1423-JLH (Consolidated), 23-448-JLH, 23-470-JLH, 23-607-JLH, and 23-684-JLH (the "Original Cases") in this Court in connection with Abbreviated New Drug Applications in which the defendants in those cases seek approval to market a generic version of Plaintiffs' ORILISSA® product in the United States prior to the expiration of U.S. Patent Nos. 7,056,927 ("the '927 patent"), 7,419,983 ("the '983 patent"), 10,537,572 ("the '572 patent"), 10,682,351 ("the '351 patent"),11,344,551 ("the '551 patent"), and 11,542,239 ("the '239 patent");

WHEREAS, C.A. Nos. 22-1423-JLH, 23-448-JLH, 23-470-JLH, 23-607-JLH, and 23-684-JLH were consolidated for all purposes on August 16, 2023 (C.A. No. 22-1423-JLH, D.I. 114);

WHEREAS, Plaintiffs have asserted claims against Hetero Labs Limited, Hetero Labs Limited Unit-V, and Hetero USA Inc. (collectively, "Hetero") in connection with its submission of ANDA No. 217690, including claims for infringement of the '927 and '551 patents. (C.A. No. 22-1423-JLH, D.I. 115, Counts IV (¶¶ 375-389) and VIII (¶¶ 431-445));

WHEREAS, Hetero has pled affirmative defenses (including factual allegations in support thereof) and counterclaims of invalidity, non-infringement, and/or unenforceability for the '927

2

and '551 patents. (C.A. No. 22-1423-JLH, D.I. 119, Second, Third, Tenth, Eleventh, and Twelfth Affirmative Defenses, Counterclaim Counts I (¶¶ 54-59), II (¶¶ 60-66), VII (¶¶ 93-98), VIII (¶¶ 99-105), and XI (¶¶ 119-123)));

WHEREAS, Plaintiffs have asserted claims against Prinston Pharmaceutical Inc., Zhejiang Huahai Pharmaceutical Co., Ltd., and Solco Healthcare US, LLC (collectively, "Prinston") in connection with its submission of ANDA No. 217296, including claims for infringement of the '927 and '551 patents. (C.A. No. 22-1423-JLH, D.I. 115, Counts XIX (¶¶ 588-602) and XXI (¶¶ 618-632));

WHEREAS, Prinston has pled additional defenses of invalidity, non-infringement, and/or unenforceability for the '927 and '551 patents. (C.A. No. 22-1423-JLH, D.I. 138, Second, Third, Sixth, Seventh, and Eighth Additional Defenses);

WHEREAS, Plaintiffs have asserted claims against Sun Pharmaceutical Industries Ltd. ("Sun") in connection with its submission of ANDA No. 215804, including claims for infringement of the '927 and '551 patents. (C.A. No. 22-1423-JLH, D.I. 115, Counts XXVIII (¶¶ 719-733) and XXXII (¶¶ 775-789));

WHEREAS, Sun has pled separate defenses of invalidity, non-infringement, and/or unenforceability for the '927 patent and '551 patents. (C.A. No. 22-1423-JLH, D.I. 131, First, Fifth, Sixth, Tenth, Sixteenth, and Eighteenth Separate Defenses);

WHEREAS, Plaintiffs have asserted claims against Zenara Pharma Private Limited and Biophore India Pharmaceuticals Private Ltd. (collectively, "Zenara") in connection with its submission of ANDA No. 217760, including claims for infringement of the '551 patent. (C.A. No. 22-1423-JLH, D.I. 115, Count XXXVIII (¶¶ 857-871));

3

WHEREAS, Zenara has pled additional defenses (including factual allegations in support thereof) of invalidity, non-infringement and/or unenforceability for the '551 patent (C.A. No. 22-1423-JLH, D.I. 124, First, Second and Fifth Additional Defenses);

WHEREAS, U.S. Patent Nos. 11,690,845 ("the '845 patent") and 11,690,854 ("the 854 patent") were listed in the Orange Book for ORILISSA® on August 2, 2023;

WHEREAS, Plaintiffs have filed new complaints asserting infringement of the '845 and '854 patents against Defendants Hetero, Prinston, Sun, and Zenara in new civil actions (C.A. Nos. 24-151, 24-152, 24-153, and 24-154) (the "New Cases");

WHEREAS, the New Cases are related cases involving common questions of law and fact, and the parties agree that interests of efficiency for the parties and the Court will be best served if they are consolidated with the Original Cases;

WHEREAS, Plaintiffs and Defendants have discussed narrowing the issues in the Original Cases and will propose revisions to the case schedule in the Original Cases and New Cases that would allow the Original Cases and New Cases to be tried together in a single trial;

WHEREAS, Plaintiffs, Hetero, Prinston, and Sun agree that all claims, counterclaims, and defenses related to the '927 patent should be dismissed;

WHEREAS, Plaintiffs and Defendants agree that all claims, counterclaims, and defenses related to the '551 patent should be dismissed; and

WHEREAS, Plaintiffs and Defendants agree that dismissal of any claims, counterclaims or defenses related to the '927 patent or the '551 patent does not have any claim or issue preclusive effect or other impact on any of Plaintiffs' or Defendants' claims, counterclaims, or defenses for any of the remaining patents asserted in the Original Cases or the New Cases, including but not limited to unenforceability of the '983 patent, and that factual allegations included in any dismissed

affirmative defense related to unenforceability of the '927 patent shall continue to be considered as pled in the Original Cases or the New Cases.

WHEREAS, Plaintiffs and Defendants agree to negotiate in good faith a revised schedule that preserves the existing trial date in C.A. No. 22-1423-JLH (Consolidated);

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:

1.    Plaintiffs' claims against Hetero regarding the products that currently are the subject of Hetero's ANDA No. 217690 related to the '927 and '551 patents (Counts IV and VIII set forth in Plaintiffs' First Amended Complaint (C.A. No. 22-1423-JLH, D.I. 115)), are hereby dismissed, with prejudice;

2.    Plaintiffs' claims against Prinston regarding the products that currently are the subject of Prinston's ANDA No. 217296 related to the '927 and '551 patents (Counts XIX and XXI, set forth in Plaintiffs' First Amended Complaint (C.A. No. 22-1423-JLH, D.I. 115)), are hereby dismissed, with prejudice;

3.    Plaintiffs' claims against Sun regarding the products that currently are the subject of Sun's ANDA No. 215804 related to the '927 and '551 patents (Counts XXVIII and XXXII, set forth in Plaintiffs' First Amended Complaint (C.A. No. 22-1423-JLH, D.I. 115)), are hereby dismissed, with prejudice;

4.    Plaintiffs' claims against Zenara regarding the products that currently are the subject of Zenara's ANDA No. 217760 related to the '551 patent (Count XXXVIII, set forth in Plaintiffs' First Amended Complaint (C.A. No. 22-1423-JLH, D.I. 115)), are hereby dismissed, with prejudice;

5.    Hetero's counterclaims and defenses regarding the products that currently are the subject of Hetero's ANDA No. 217690 related to the '927 and '551 patents, including its Second,

5

Third, Tenth, Eleventh, and Twelfth Affirmative Defenses, and Counterclaim Counts I, II, VII, VIII, XI (C.A. No. 22-1423-JLH, D.I. 119) are hereby dismissed, with prejudice;

6. Prinston's defenses regarding the products that currently are the subject of Prinston's ANDA No. 217296 related to the '927 and '551 patents, including its Second, Third, Sixth, Seventh, Eighth Additional Defenses (C.A. No. 22-1423-JLH, D.I. 138), including the allegations and averments contained therein are hereby dismissed, with prejudice;

7. Sun's defenses regarding the products that currently are the subject of Sun's ANDA No. 215804 related to the '927 and '551 patents, including its First, Fifth, Sixth, Tenth, Sixteenth, and Eighteenth Separate Defenses (C.A. No. 22-1423-JLH, D.I. 131), including the allegations and averments contained therein are hereby dismissed, with prejudice;

8. Zenara's defenses regarding the products that currently are the subject of Zenara's ANDA No. 217760 related to the '551 patent, including its First, Second and Fifth Additional Defenses (C.A. No. 22-1423-JLH, D.I. 124), are hereby dismissed, with prejudice;

9. Dismissal of any claims, counterclaims or defenses related to the '927 patent or the '551 patent does not have any claim or issue preclusive effect or other impact on any of Plaintiffs' or Defendants' claims, counterclaims, or defenses for any of the remaining patents asserted in the Original Cases or the New Cases, including but not limited to unenforceability of the '983 patent, and that factual allegations included in any dismissed affirmative defense related to unenforceability of the '927 patent shall continue to be considered as pled in the Original Cases or the New Cases;

10. Dismissal of any counterclaims or defenses related to the '927 patent or the '551 patent does not have any claim or issue preclusive effect or other impact on any claim or defense against such patents by any Defendant in any future litigation or other proceeding relating to any

6

product other than that Defendant's proposed ANDA product(s) accused of infringement in the above-captioned litigation(s) relating to that Defendant.

11.    The New Cases and the Original Cases, shall be consolidated for all purposes. Hereafter, all papers in the consolidated case shall be filed in C.A. No. 22-1423-JLH (Consolidated) and shall bear the following caption (the "Consolidated Action"):

| | |
|---|---|
| ABBVIE INC., ABBVIE LTD, and NEUROCRINE BIOSCIENCES, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )  C.A. No. 22-1423 (JLH) )  CONSOLIDATED ) |
| ALKEM LABORATORIES LIMITED, et al., | ) ) |
| Defendants. | ) |

12.    The parties in the Consolidated Action shall be bound by the Protective Order that is in effect in C.A. No. 22-1423-JLH (D.I. 101).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Megan E. Dellinger

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs AbbVie Inc., AbbVie Ltd, and Neurocrine Biosciences, Inc.*

BUCHANAN INGERSOLL & ROONEY PC

/s/ Kody M. Sparks

Geoffrey G. Grivner (#4711)
Kody M. Sparks (#6464)
500 Delaware Avenue, Suite 720
Wilmington, DE  19801
(302) 552-4200
geoffrey.grivner@bipc.com
kody.sparks@bipc.com

*Attorneys for Defendants Hetero Labs Limited, Hetero Labs Limited Unit-V and Hetero USA Inc.*

7

SMITH, KATZENSTEIN & JENKINS LLP

/s/ Daniel A. Taylor

Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
1000 West Street, Suite 1501
Wilmington, DE  19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants Prinston
Pharmaceutical Inc., Zhejiang Huahai
Pharmaceutical Co., Ltd. and Solco Healthcare
US, LLC*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Samantha G. Wilson

Anne Shea Gaza (#4093)
Samantha G. Wilson (#5816)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendant Sun Pharmaceutical
Industries Limited*


SMITH, KATZENSTEIN & JENKINS LLP

/s/ Daniel A. Taylor

Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
1000 West Street, Suite 1501
Wilmington, DE  19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendants Zenara Pharma
Private Limited and Biophore India
Pharmaceuticals Private Ltd.*

March 1, 2024


**SO ORDERED:**

This __5th___ day of ____March_____, 2024.



_____
HONORABLE JENNIFER L. HALL
UNITED STATES DISTRICT JUDGE

8